# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERENDIRA L. DE LOPEZ, | CASE NO. 1:10-cv-01300-SMS |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO FILE SUR-REPLY (Doc. 15) |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Defendant, Michael J. Astrue, Commissioner of Social Security, moves for leave to file a sur-reply to provide additional authority to counter Plaintiff's contention, first made in her reply brief, that no rule provides that the record closes when the administrative hearing ends. Because a court should not consider arguments first raised in a reply brief, this Court denies the Commissioner's motion.

Filing of a sur-reply is unauthorized. *Mesa Grande Band of Mission Indians v. Salazar*, 657 F.Supp.2d 1169, 1172 (S.D.Cal. 2009). When a party raises new evidence in a reply brief, fairness requires that the opposing party be granted an opportunity to respond. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996). But raising new arguments in a reply brief is improper. *Competitive Technologies v. Fujitsu Limited*, 286 F.Supp.2d 1118, 1139 n. 15 (N.D.Cal. 2003). When a party raises one or more new arguments in its reply brief, a sur-reply serves little purpose since arguments

1 | not raised in an opening brief generally are deemed waived. *Mesa Grande Band*, 657 F.Supp.2d at
2 | 1172; *United States v. Romm,* 455 F.3d 990, 997 (9th Cir. 2007).
3 |   Therefore, this Court hereby denies the Commissioner's motion to file a sur-reply.
6 | IT IS SO ORDERED.
7 | **Dated:  March 7, 2011**        /s/ Sandra M. Snyder
                 UNITED STATES MAGISTRATE JUDGE